For the Eastern District of Pennsylvania

In re:  
 WAYNE   COLLETTI

Bky. No.  0817724

Chapter 13  
11/23/10  
at  10:00 AM  
nix2 – Courtroom #2  
900 Market Street, 2nd Floor  
Philadelphia, Pa. 19107

Debtor(s)

### CHAPTER 13 STANDING TRUSTEE'S MOTION FOR DISMISSAL

   AND NOW, comes William C. Miller, Esquire, Chapter 13 Standing Trustee, and requests that the above-captioned bankruptcy case be dismissed for the following reason(s):

Debtor(s) has/have failed to commence or continue making timely payments to the trustee as required by 11 U.S.C. Section 1326.

   The hearing scheduled by the filing of this motion may be adjourned from time to time without further notice to interested parties by announcement of such adjournment in court on the date scheduled for the hearing or continued hearing.

   WHEREFORE, William C. Miller, Esquire, Chapter 13 Standing Trustee respectfully requests that the Court, after a hearing, enter an Order in the form annexed hereto, dismissing this bankruptcy case.

                                 Respectfully submitted,

                                 /S/  William C. Miller

                _____  
                              William C. Miller, Esquire  
                       Chapter 13 Standing Trustee